NOT FOR COMMERCIAL PUBLICATION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Official Time Stamp
U.S. Bankruptcy Court
Northern District of Ohio
November 12, 2009
(2:43pm)

| | | |
|---|---|---|
| In re: | ) | Case No. 09-11450 |
| | ) | |
| SHERRY R. BALLARD and | ) | Chapter 7 |
| JOSEPH G. BALLARD, | ) | |
| | ) | Judge Pat E. Morgenstern-Clarren |
| Debtors. | ) | |
| | ) | **ORDER** |

For the reasons stated in the memorandum of opinion filed this same date, the chapter 7 trustee's objection to the debtor's claimed homestead exemption is overruled. (Docket 40).

IT IS SO ORDERED.

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge