# DIVIDENDS REMITTED TO THE COURT

R# 150485

F# 111

Case Number 09-11450 - BALLARD, SHERRY R.

Check

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| DISCOVER BANK | 000007 | 21.00 | 4.69 |
| DFS SERVICES LLC | | | |
| PO BOX 3025 | | | |
| NEW ALBANY, OHIO 43054-3025 | | | |

111

| ---------- Remittance Total -------------- | | 21.00 | 4.69 |

ALAN J. TREINISH, TRUSTEE

FILED
10 JUN 22 AM 11: 39
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 06/18/10 03:11 PM    Ver: 15.09